No. 04–92. NEBRASKA ET AL. *v.* CENTRAL INTERSTATE LOW-LEVEL RADIOACTIVE WASTE COMMISSION. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 03–357. ADAMS, WARDEN, ET AL. *v.* BRAMBLES, *ante*, p. 933;

. No. 03–984. BALSER ET UX. *v.* DEPARTMENT OF JUSTICE, OFFICE OF THE UNITED STATES TRUSTEE, 541 U. S. 1041;

No. 03–1357. BUSH *v.* CITY OF ZEELAND, MICHIGAN, ET AL., 541 U. S. 1072;

No. 03–1385. HOLGUIN *v.* FLOOD CONTROL DISTRICT OF GREENLEE COUNTY, ARIZONA, ET AL., 541 U. S. 1086;

No. 03–1387. PHILSON, AKA ALLAH *v.* SHERRER, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL., 541 U. S. 1086;

No. 03–1447. ROE *v.* AWARE WOMAN CENTER FOR CHOICE, INC., ET AL., *ante*, p. 920;

No. 03–1469. JONAS *v.* SOUTH CAROLINA DISCOUNT AUTO CENTER, *ante*, p. 938;

No. 03–1473. PERSIK *v.* MANPOWER INC., 541 U. S. 1086;

No. 03–5554. HIIBEL *v.* SIXTH JUDICIAL DISTRICT COURT OF NEVADA, HUMBOLDT COUNTY, ET AL., *ante*, p. 177;

No. 03–9072. ADAMS *v.* UNITED STATES, *ante*, p. 921;

No. 03–9273. SANSING *v.* ARIZONA, *ante*, p. 939;

No. 03–9613. ALEXANDER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 541 U. S. 1077;

No. 03–9707. IBANEZ *v.* VERIZON VIRGINIA INC., 541 U. S. 1077;

No. 03–9771. LOLLAR *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 907;

No. 03–9815. AUSTIN *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, 541 U. S. 1078;

No. 03–9889. MITCHELL *v.* DEPARTMENT OF COMMERCE, 541 U. S. 1079;

No. 03–10006. MCCORMICK *v.* DEMPSTER ET AL., *ante*, p. 941;

No. 03–10007. IN RE MCCORMICK, *ante*, p. 935;

No. 03–10014. EVERETT *v.* PENNSYLVANIA ET AL., *ante*, p. 909;

No. 03–10049.  WILCHER v. MISSISSIPPI (two judgments), *ante*, p. 942;

No. 03–10061.  DANIELS v. UNITED STATES, 541 U. S. 1081;

No. 03–10167.  ATTIA v. SOCIAL SECURITY ADMINISTRATION ET AL., *ante*, p. 910;

No. 03–10237.  BLUNT v. HIGHLAND PARK CITY SCHOOL DISTRICT, 541 U. S. 1093;

No. 03–10252.  SANDERS v. UNITED STATES, *ante*, p. 911;

No. 03–10291.  WRIGHT v. UNITED STATES, *ante*, p. 913; and

No. 03–10730.  IN RE SAMBRANO VILLARREAL, *ante*, p. 935. Petitions for rehearing denied.

No. 02–1624.  ELK GROVE UNIFIED SCHOOL DISTRICT ET AL. v. NEWDOW ET AL., *ante*, p. 1.  Petition for rehearing denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 02–1632.  BLAKELY v. WASHINGTON, *ante*, p. 296.  Motion of respondent to expedite consideration of petition for rehearing denied.  Petition for rehearing denied.

No. 01–1697.  MENON v. FRINTON, 537 U. S. 817;

No. 02–1119.  YOUNG v. UNITED STATES, 537 U. S. 1234; and

No. 03–9009.  J. K. v. DAUPHIN COUNTY CHILDREN AND YOUTH SERVICES, 541 U. S. 1012.  Motions of petitioners for leave to file petitions for rehearing denied.

No. 03–16.  KRILICH v. UNITED STATES, 540 U. S. 946 and 1086. Motion of petitioner for leave to file second petition for rehearing denied. .

AUGUST 25, 2004

No. 04–6001 (04A168).  BUSBY v. TEXAS.  Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

AUGUST 26, 2004

No. 04–262 (04A170).  ALLRIDGE v. TEXAS.  Ct. Crim. App. Tex.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court,